United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGNESH MURUGESAN, et al., | Case No. 25-cv-10558-SK |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY** |
| JOSEPH B. EDLOW, et al., | |
| Defendants. | Regarding Docket No. 16 |

Before the Court is Plaintiffs' motion for leave to file a sur-reply in response to new arguments raised in Defendants' reply in support of their motion to dismiss. (Dkt. No. 16.) The Court GRANTS Plaintiffs' motion for leave to file a sur-reply. Plaintiffs' sur-reply (Dkt. No. 16-1) attached to their motion for leave to file is accepted and deemed submitted.

**IT IS SO ORDERED**.

Dated: April 14, 2026



SALLIE KIM
United States Magistrate Judge