UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGNESH MURUGESAN, et al., | Case No.  25-cv-10558-SK |
| Plaintiffs, | |
| v. | **ORDER REQUIRING DEFENDANTS' RESPONSE TO COMPLAINT** |
| JOSEPH B. EDLOW, et al., | |
| Defendants. | Regarding Docket No. 21 |

On June 11, 2026, the Court granted Defendants' motion to dismiss, providing Plaintiffs leave to amend their due process claim.  (Dkt. No. 21 at 9.)  Plaintiff did not amend his due process claim by the July 10, 2026 deadline.  Thus, the Court HEREBY DISMISSES Plaintiffs' due process claim WITH PREJUDICE.

Plaintiff brings two claims that were not dismissed in the Court's order dated June 11, 2026—a violation of the Administrative Procedure Act ("APA") and relief under the Mandamus Act.  (Dkt. No. 1, Complaint, ¶¶ 46–56.)  Defendants did not challenge Plaintiffs' APA or mandamus claims on Federal Rule of Civil Procedure 12(b)(6) grounds in its motion to dismiss Plaintiff's Complaint.  (Dkt. No. 28 at 8 n.3.)

Plaintiffs, therefore, have two surviving claims against Defendants: (1) a violation of the APA; and (2) a claim under the Mandamus Act.  Defendants' answer to Plaintiff's Complaint was due July 1, 2026.  (Dkt. No. 21 at 9.)  The Court HEREBY ORDERS Defendants to file their answer or otherwise respond to Plaintiffs' Complaint by August 6, 2026.

**IT IS SO ORDERED**.

Dated: July 30, 2026

_____
SALLIE KIM
United States Magistrate Judge