CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIGNESH MURUGESAN, *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director, United States Citizenship and Immigration Services, *et al.*,<br><br>             Defendants. | Case No. 3:25-cv-10558 SK<br><br>**STIPULATION TO PROPOSED BRIEFING SCHEDULE; ORDER** |

On June 11, 2026, the Court granted Defendants' Motion to Dismiss and dismissed Plaintiffs' due process claim with leave to amend. The parties conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed briefing schedule:

1.     Defendants will file their motion for summary judgment by August 10, 2026.

2.     Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by September 7, 2026.

3.     Defendants will file their reply and opposition to Plaintiffs' motion by September 21, 2026.

4.     Plaintiffs will file their reply by September 28, 2026.

5.    Defendants will notice a hearing on their motion for summary judgment on October 19, 2026, at 9:30 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: August 2, 2026                                Respectfully submitted,[1]

                                                    CRAIG H. MISSAKIAN
                                                    United States Attorney


                                                     /s/ Molly A. Friend
                                                    MOLLY A. FRIEND
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants


Dated: August 2, 2026

                                                    /s/ Jessica T. Arena
                                                    JESSICA T. ARENA
                                                    Attorney for Plaintiffs

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation; Order
C 3:25-cv-10558 SK                                  2

## **ORDER**

Pursuant to the parties' stipulation, the Court HEREBY ENTERS the following schedule:

1.   Defendants will file their motion for summary judgment by August 10, 2026.

2.   Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by September 8, 2026.

3.   Defendants will file their reply and opposition to Plaintiffs' motion by September 22, 2026.

4.   Plaintiffs will file their reply by September 29, 2026.

5.   Defendants will notice a hearing on their motion for summary judgment for November 16, 2026, at 9:30 a.m. via Public Zoom webinar.

The Court notes that Defendants' deadline to file a motion for summary judgment was set in the Court's Immigration Mandamus Case Procedural Order. (Dkt. No. 4.)  The Court granted the parties' request to extend Defendants' motion for summary judgment filing deadline to May 14, 2026. (Dkt. No. 11.)  The parties are HEREBY INSTRUCTED to file extensions to case management deadlines for the remainder of this action.

**IT IS SO ORDERED.**

Date:  August 6, 2026

_____

SALLIE KIM
United States Magistrate Judge

Stipulation; Order
C 3:25-cv-10558 SK                3